1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  JOHN HO
6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOHN HO, an individual              )  Case No.: 2:25-cv-04757-GW-BFM
                                        )
12          Plaintiff,                  )  **NOTICE OF CONDITIONAL**
                                        )  **SETTLEMENT**
13      vs.                             )
                                        )
14  CAJUN REALTY, LLC, a limited        )
    liability company                   )
15                                      )
                                        )
16          Defendants.                 )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24

25

26

27

28

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: June 18, 2025

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho