UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-4757-GW-BFMx | Date | June 20, 2025 |
|---|---|---|---|
| Title | *John Ho v. Cajun Realty LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 18, 2025, Plaintiff John Ho filed a Notice of Settlement [11]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for August 21, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on August 19, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |